STATE of Missouri, Respondent,

v.

Eric M. FLOWERS, Appellant.

No. WD 51369.

Missouri Court of Appeals,
Western District.

June 4, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 27, 1996.

Application to Transfer Denied
Oct. 22, 1996.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Kurt U. Schaefer, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and HANNA and SPINDEN, JJ.

PER CURIAM.

### ORDER

Eric M. Flowers appeals from his conviction for possession of a controlled substance in violation of § 195.202, RSMo 1994. Affirmed. Rule 30.25(b).